PROB 12C
(6/16)

Report Date: April 15, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 16, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jacob Aubrey Littlebull | Case Number: 0980 1:24CR02081-SAB-1 |
| Address of Offender: | |

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: March 3, 2025

| | | |
|---|---|---|
| Original Offense: | Assault on a Federal Officer, 18 U.S.C. § 111(a)(1) | |
| Original Sentence: | Probation- 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Letitia Sikes | Date Supervision Commenced: March 3, 2025 |
| Defense Attorney: | Christine Bennett | Date Supervision Expires: March 2, 2028 |

### PETITIONING THE COURT

To issue a warrant.

On March 3, 2025, Mr. Littlebull began his term of supervised release. On March 4, 2025, a U.S. probation officer reviewed with Mr. Littlebull all of the conditions of supervision. Mr. Littlebull signed a copy of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |

      **Supporting Evidence**: Mr. Littlebull is alleged to have violated his conditions of supervised release by failing to report for his scheduled intensive outpatient group sessions at Merit Resource Services (Merit), between March 20 to April 7, 2025.

      On April 10, 2025, the undersigned received notification from the counselor at Merit indicating Mr. Littlebull failed to attend treatment on the following dates: March 20, 24, 25, and April 1, 3, and 7, 2025.

Prob12C
**Re: Littlebull, Jacob Aubrey**
**April 15, 2025**
**Page 2**

| | | |
|---|---|---|
| 2 | | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Littlebull is alleged to have violated his conditions of supervised release by ingesting marijuana, on or about April 10, 2025.

On April 10, 2025, the undersigned received notification from the counselor at Merit indicating Mr. Littlebull disclosed in an individual session that he had been using marijuana. At that time, he submitted a urine sample that was presumptive positive for marijuana. The drug test was packaged and sent to Alere Toxicology Services Laboratory for confirmation testing, and the results are pending.

3      **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Littlebull is alleged to have violated his conditions of supervised release by failing to report to Triumph Treatment Services (Triumph), for drug testing as required on April 3, 2025.

Mr. Littlebull was previously instructed to call the color line daily, Monday through Friday, and report to Triumph for drug testing when his assigned color was called. On April 11, 2025, the undersigned received notification from Triumph that Mr. Littlebull failed to report for drug testing on April 3, 2025.

4      **Standard Condition #5:** You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: Mr. Littlebull is considered to be in violation of his term of supervised release by not living at his approved residence since April 10, 2025.

On April 14, 2025, the undersigned officer was notified by the property manager at the Progress House, Mr. Littlebull's approved residence, that he had been terminated because he failed to comply with the house rules. Per the Progress House rules, they permit no overnight stays outside the house.

The property manager stated Mr. Littlebull had not been at the approved residence since April 10, 2025. Mr. Littlebull did not have permission to move, he did not report a change in address, and his current whereabouts is unknown.

Prob12C
**Re: Littlebull, Jacob Aubrey**
**April 15, 2025**
**Page 3**

| | | |
|---|---|---|
| 5 | | **Mandatory Condition #1:** You must not commit another federal, state or local crime. |

**Supporting Evidence:** Jacob Littlebull is considered to be in violation of his conditions of supervised release by violating local laws, being arrested and charged with malicious mischief and liquor violation-minor, on or about April 12, 2025.

On April 12, 2025, around 2:34 a.m., Wapato Police Department (WPD) officers were dispatched to a building across from the homeless shelter in Wapato, Washington, in response to reports of a group of people vandalizing a building. When WPD officers arrived on the scene, dispatch advised the reporting party was watching the group via the cameras at the shelter. It appeared six people were carving something into a large electrical box.

Upon examination of the scene, WPD officers could see what appeared to be fresh graffiti on a large electrical box/panel on the wall of the building. The letters "FTP" could be seen in large print, along with a much smaller writing. WPD officers reviewed the footage which showed Mr. Littlebull walk up to the wall and appear to do the smaller writing on the box.

Several of the males were enrolled members of nationally recognized Indian Tribes. WPD officers requested that Yakama Nation Tribal Police (YNTP) be dispatched to the scene. The YNTP officers took Mr. Littlebull into custody and subsequently transported him to the Yakama Nation Tribal Jail.

At the time of this petition, the charge remains pending.

6   **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Littlebull is alleged to have violated his conditions of supervised release by consuming alcohol on or about April 12, 2025.

On April 12, 2025, YNTP officers conducted a Breathalyzer test on Mr. Littlebull. He provided a preliminary breath test with results of 0.16 percent of blood alcohol content. Subsequently, he was booked into the Yakama Nation Tribal Jail.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   April 15, 2025

s/Maria Balles

Maria Balles
U.S. Probation Officer

Prob12C
Re: Littlebull, Jacob Aubrey
April 15, 2025
Page 4

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

_____4/16/2025_____
Date