PROB 12C
(6/16)

Report Date: September 9, 2026

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 09, 2026

SEAN F. MCAVOY, CLERK

ECF No. 111

for the

Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Probation Supervision

Name of Offender: Jacob Aubrey Littlebull | Case Number: 0980 1:24CR02081-SAB-1

Address of Offender: [redacted] Wapato, Washington 98951

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: March 3, 2025

Original Offense: Assault on a Federal Officer, 18 U.S.C. § 111(a)(1)

Original Sentence: Probation - 36 months | Type of Supervision: Probation

Asst. U.S. Attorney: Letitia Alberta Sikes | Date Probation Commenced: March 3, 2025

Defense Attorney: Nicholas Paul Granath | Date Probation Expires: March 2, 2028

---

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported July 24, 2026.

On March 3, 2025, Mr. Littlebull began his term of probation. On March 4, 2025, a U.S. Probation Officer reviewed with Mr. Littlebull all of the conditions of probation. Mr. Littlebull signed a copy of his conditions.

The probation officer believes that the offender has violated the following conditions of probation:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |

**Supporting Evidence**: Jacob Littlebull is considered to be in violation of his conditions of probation by, being arrested and charged with obstruction of justice, in violation of Revised Yakama Code (RYC.) 10.01.115 and resisting arrest, RYC 7.10.01.143, on or about August 5, 2026.

According to the Wapato Police Department (WPD) and Yakama Nation Police Department (YNPD) reports, on August 5, 2026, around 1:10 p.m., WPD officers were patrolling the 500 block of West First Street, in Wapato. A WPD officer observed a male standing over a female in a bladed stance. The WPD officer believed the circumstances were consistent with a physical assault that had recently occurred or was about to occur.

The WPD officer advised both parties were being detained pending the investigation. The male then clenched his fists, assumed a defensive stance, and refused to comply with the officer's verbal commands. During the contact, the officer recognized the male as Jacob Littlebull. Mr. Littlebull pushed the officer and began to run away; he was advised he would

be tased if he continued resisting. Subsequently, the officer deployed the Taser and while Mr. Littlebull was on the ground, he began attempting to remove the taser probes from his body. He was ordered to stop and directed to get on his stomach. Mr. Littlebull refused to comply with the verbal commands, began attempting to stand and flee. Eventually, the officer deployed the Taser two additional times, after which Mr. Littlebull became compliant.

Based on the incident, Mr. Littlebull was detained and booked into the Yakama Nation Correctional Facility (YNCF). While at the police station, Mr. Littlebull submitted to a portable breath test (PBT), which produced a positive result of 0.124 blood alcohol concentration (BAC).

At the time of this petition, the charges remain pending.

4 **Special Condition #5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Mr. Littlebull is considered to be in violation of his probation by consuming alcohol on or about August 5, 2026.

See the details, which are listed above in violation #3.

The U.S. Probation Office respectfully recommends the Court incorporate the violations contained in this petition in future proceedings with the violations previously reported on July 24, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 9, 2026

s/Maria Balles

Maria Balles
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Stan Bastian
Signature of Judicial Officer

9/9/2026
Date